THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ELI SOBEL, Appellant.

(Argued October 23, 1933; decided November 21, 1933.)

*D. Francis Searle* for appellant.

*Thomas Brown Rudd, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Dissenting: LEHMAN and CROUCH, JJ.